IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEAN WATER ACTION,<br>    Plaintiff | ) Civil Action No. 13-328 E<br>)<br>) Magistrate Judge Cynthia Reed Eddy |
| v. | )<br>) |
| WASTE TREATMENT CORPORATION,<br>    Defendant | )<br>) |

## ORDER GRANTING JOINT MOTION FOR CONTINUED STAY OF PROCEEDINGS

AND NOW this 28th day of May, 2014 upon consideration of the Parties' Joint Motion For Continued Stay Of Proceedings, it is hereby ORDERED that the motion is GRANTED and:

1. All proceedings will be stayed until a motion is filed by either party, allowing the parties to complete the terms of the Mediation Agreement; and

2. This matter will be administratively closed without prejudice during the continued stay.

3. The parties shall file a joint motion requesting a status conference upon completion of the terms of the Mediation Agreement.

_____
Cynthia Reed Eddy
United Stated Magistrate Judge