IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEAN WATER ACTION,<br>　　Plaintiff<br><br>　　　　v.<br><br>WASTE TREATMENT CORPORATION,<br>　　Defendant | )  Civil Action No. 13-328 E<br>)<br>)  Magistrate Judge Cynthia Reed Eddy<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL**

Plaintiff Clean Water Action and Defendant Waste Treatment Corporation, the parties to this action, hereby stipulate and agree through their respective attorneys that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew L. Wolford<br>Matthew L. Wolford, Esq.<br>PA ID NO. 47182<br>mwolford@wolfordlaw.com<br><br>Wolford Law<br>638 West Sixth Street<br>Erie, PA  16507<br>814- 459-9600 office<br>814- 459-9661 fax<br><br>*Counsel for Defendant,*<br>*Waste Treatment Corporation* | /s/ Oday Salim<br>Oday Salim, Esq.<br>PA ID NO. 309542<br>osalim@fairshake-els.org<br><br>Fair Shake Environmental Legal Services<br>3445 Butler St., 1st Floor<br>Pittsburgh, PA 15201<br>412-742-4615 office<br>412-291-1197 fax<br><br>*Counsel for Plaintiff,*<br>*Clean Water Action* |